**2003–0837. State v. Griffin.**
Franklin App. No. 98AP–1254. On motion for leave to file delayed appeal. Motion denied.

**2003–0841. State ex rel. Seaton v. Holmes.**
In Prohibition. On relator's complaint in prohibition. Sua sponte, alternative writ granted.
LUNDBERG STRATTON and O'CONNOR, JJ., would grant the writ of prohibition.

**2003–0847. State v. Crain.**
Lake App. No. 2001–L–147, 2003-Ohio-1204. On motion for leave to file delayed appeal. Motion denied.
O'CONNOR, dissents.

**2003–0862. State v. Patrick.**
Cuyahoga App. No. 81497. On motion for leave to file delayed appeal. Motion denied.

**2003–0870. State v. Roberts.**
Hamilton App. No. C–000756. On motion for leave to file delayed appeal. Motion denied.
O'DONNELL, J., dissents.

**2003–0901. State v. Johnson.**
Hamilton App. No. C–990905. On motion for leave to file delayed appeal. Motion denied.

**2003–0911. State v. Shay.**
Cuyahoga App. No. 80942. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2003–0914. State v. Miller.**
Stark App. No. 2001CA00150. On motion for leave to filed delayed appeal. Motion denied.

**2003–0934. State v. Schmidt.**
Mercer App. No. 10–01–10. On motion for leave to file delayed appeal. Motion denied.

**2003–0959. Peoples Sav. Bank v. Jenkins.**
Champaign App. No. 02–CA–39. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0970. State v. Olverson.**
Franklin App. No. 02AP–554. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

# RECONSIDERATION OF PRIOR DECISIONS

**2001–1796. State ex rel. Ohio Treatment Alliance v. Paasewe.**
Franklin App. No. 00AP–1444. Reported at 99 Ohio St.3d 18, 2003-Ohio-2449, 788 N.E.2d 1035. On motion for reconsideration. Motion denied.

**2002–2238. State ex rel. Fogle v. Carlisle.**
Warren App. No. CA2002–09–097. Reported at 99 Ohio St.3d 46, 2003-Ohio-2460, 788 N.E.2d 1060. On motion for reconsideration. Motion denied.

**2003–0058. Sohi v. Ohio State Dental Bd.**
Hamilton App. No. C–020224. Reported at 98 Ohio St.3d 1513, 2003-Ohio-1572, 786 N.E.2d 63. On motion for reconsideration. Motion denied.